OPINION — AG — **** POLICE PENSION PLAN OF CITY — AGE LIMIT **** (1) A POLICE OFFICER OVER FORTY (40) YEARS OF AGE, EMPLOYED SINCE APRIL 17, 1969, IS NOT ELIGIBLE TO PARTICIPATE IN THE POLICE PENSION OR RETIREMENT PLAN OF A CITY ESTABLISHED PURSUANT TO 11 O.S. 1961 541 [11-541] TO 11 O.S. 1969 Supp., 541X [11-541X] (2) 11 O.S. 1969 Supp., 541X [11-541X] IS CONSTITUTIONAL EVEN THOUGH IT MIGHT TAKE AWAY " LEGISLATIVE POWERS " FROM A HOME RULE CITY. (3) A CITY IN OKLAHOMA HAS THE " RIGHT AND POWER " TO EMPLOY A POLICE OFFICER OVER THIRTY FIVE (35) YEARS OF AGE WHO OTHERWISE IS QUALIFIED. SUCH OFFICER, HOWEVER, CANNOT BE ACCEPTED FOR PENSION PLAN MEMBERSHIP UNDER SECTION 541X, SUPRA. CITE: ARTICLE V, SECTION 36 (W. J. MOORE) ** SEE: OPINION NO. 71-130 (1971) ** ** SEE: OPINION NO. 70-115 (1970) ** ** SEE: OPINION NO. 70-348 (1970) **